UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Kenneth Michael Fah ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08CR2274-DMS <br> 08mj1949 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 10091298 |

On order of the United States District/Magistrate Judge,   **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / (Case Disposed) / Order of Court).

Gabriela Rodriguez-Mena
CArr 6/25/08

DATED: 7-10-08

**William McCurine, Jr.**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk