```
                                           FILED
                                           JUL 1 0 2008
                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA
                                    BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KENNETH MICHAEL FAH,<br><br>        Defendant. | Criminal Case No. 08CR2274-DMS<br><br>**I N F O R M A T I O N**<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The United States Attorney charges:

On or about June 24, 2008, within the Southern District of California, defendant KENNETH MICHAEL FAH, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gabriela Rodriguez-Mena, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

DATED: 7/10/08.

                         KAREN P. HEWITT
                         United States Attorney

                         CHARLOTTE E. KAISER for
                         Assistant U.S. Attorney

CEK:mg:San Diego
6/30/08