MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs **KENNETH MICHAEL FAH**                    No. 08CR2274-DMS

The Court finds excludable delay, under the section indicated by check ( ✓ ),

commenced on ___July 24, 2008___ and ended on __10/10/08__ ; (      )

_____ and ended on _____ . (      )

**3161(h)**

___(1)(A)   Exam or hrg for **mental or physical incapacity**                                    A

___(1)(B)   **NARA exam**ination (28:2902)                                                       B

___(1)(D)   State or Federal trials or **other charges pending**                                 C

___(1)(E)   **Interlocutory appeals**                                                            D

___(1)(F)   **Pretrial motions** (from flg to hrg or other prompt dispo)                         E

___(1)(G)   **Transfers from other district** (per FRCrP 20, 21 & 40)                            F

___(1)(J)   **Proceedings under advisement** not to exceed thirty days                           G

___         Misc proc:  Parole or prob rev, deportation, **extradition**                         H

___(1)(H)   **Transportation** from another district or to/from examination                      6
            or hospitalization in ten days or less

_✓_(1)(I)   Consideration by Court of **proposed plea agreement**                                7

___(2)      **Prosecution deferred** by mutual agreement                                         I

___(3)(A)(B) **Unavailability of defendant** or **essential witness**                            M

___(4)      Period of **mental or physical incompetence** of defendant to                        N
            stand trial

___(5)      Period of **NARA commitment or treatment**                                           O

___(6)      **Superseding indictment and/or new charges**                                        P

___(7)      **Defendant awaiting trial of co-defendant** when no severance                       R
            has been granted

___(8)(A)(B) **Continuance**s granted per (h)(8)-use "T" alone if more than                      T
            one of the reasons below are given in support of continuance

___(8)(B)(I) 1) Failure to grant a **continuance** in the proceeding                             T1
               would result in a **miscarriage of justice** and
               the ends of justice outweigh the best interest
               of the public and the defendant in a speedy trial.
               **(Continuance - miscarriage of justice)**
            2) Failure to grant a **continuance** of the trial would result in
               a miscarriage of justice as the defendant has tendered a
               guilty plea to a magistrate judge and is awaiting a
               determination as to whether the plea will be accepted.
               **(Continuance - tendered a guilty plea)**

___(8)(B)(ii)  2) **Case** unusual or **complex**                                                T2

___(8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days        T3

___(8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,              T4
                  or give reasonable time to prepare
                  **(Continuance re counsel)**

___3161(I)  Time up to **withdrawal of guilty plea**                                             U

___3161(b)  **Grand jury indictment time extended** thirty (30) more days                        W

Date_7/24/08_                                          _____
                                                       Judge's Initials